**Order entered August 2, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-21-00614-CV**

**ROCKWALL REGIONAL HOSPITAL, LLC
D/B/A TEXAS HEALTH ROCKWALL, ET AL., Appellants**

**V.**

**BRILYN BAKER, Appellee**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-13262**

**ORDER**

Before the Court is the July 29, 2021 request of Terri Etekochay, Official Court Reporter for the 101st Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **August 18, 2021**.

/s/    CRAIG SMITH
       JUSTICE